NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RISEN (SUZHOU) PHARMA TECH CO., LTD.,**
*Appellant*

**v.**

**ALZHEON, INC.,**
*Appellee*

---

2022-2232

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00347.

---

## JUDGMENT

---

MARK YEH-KAI TUNG, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, argued for appellant. Also represented by JAMES M. GLASS, SEAN GLOTH, II, New York, NY.

MARK J. FELDSTEIN, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellee. Also represented by DREW CHRISTIE, JOSHUA GOLDBERG, JESSICA L. ROBERTS, JASON LEE ROMRELL, YIEYIE YANG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, BRYSON, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2024
Date

Jarrett B. Perlow
Clerk of Court